Johnsbury Trucking Co., Inc. et al., appellees.

No. 284.  PEAIRS *v.* TEXAS.  Appeal from the Court of Criminal Appeals of Texas.  *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.  *Charles W. Tessmer* for appellant.  *John Ben Shepperd,* Attorney General of Texas, and *Katherine W. Conti,* Assistant Attorney General, for appellee.

No. 314.  SMITH, EXECUTRIX, *v.* WISSLER, PRESIDENT JUDGE, COURT OF COMMON PLEAS OF LANCASTER COUNTY, ET AL.  Appeal from the Supreme Court of Pennsylvania, Eastern District.  *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed.  *Robert Ruppin* for appellant.  *Paul A. Mueller* for appellees.

No. 9, Original.  TEXAS *v.* NEW MEXICO ET AL.  The Government is invited to set forth its views on the question of indispensability of the United States as a party at this time in light of the Report of the Special Master dated January 31, 1955, and the proposed Amendments of the State of Texas.